AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

## APPEARANCE

Case Number: 1:05-cv-10581 DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Plaintiffs, Paulette Semprini and Wayne Semprini

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/23/2005 | _Christine M Smith_ |
| Date | Signature |
| | Christine M. Smith     645770 |
| | Print Name     Bar Number |
| | Nixon, Raiche, Manning, Vogelman & Leach, PA |
| | Address |
| | 77 Central St.    Manchester    NH 03101 |
| | City    State    Zip Code |
| | (603) 669-7070    (603) 669-7080 |
| | Phone Number    Fax Number |