UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Paulette Semprini and Wayne Semprini
    Plaintiffs

v.

Town of Nantucket;
Nantucket Memorial Airport

    Defendants

Case No.:  1:05-cv-10581-DPW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ASSENTED TO MOTION TO CONTINUE

**NOW COME** the Plaintiffs, Paulette Semprini and Wayne Semprini, by and through their attorneys, Nixon, Raiche, Manning, Vogelman & Leach, P.A., and say the following:

1. The above-captioned matter is scheduled for a Scheduling Conference on August 4, 2005 at 2:30 p.m. before Judge Douglas P. Woodlock.

2. Counsel for the Plaintiffs has a Mediation currently scheduled on August 4, 2005 at 1:30 p.m. in the matter of <u>Peter P. Kos and Cindy Kos v. Consolidated Electrical Distributors, Inc., and Craig I. Santos,</u> Docket #04-C-708, in the Hillsborough County Superior Court in Manchester, New Hampshire.

3. Opposing counsel, John C. Wyman, Esq., has no objection to rescheduling the Scheduling Conference and requests that the Scheduling Conference be continued after August 15, 2005.

WHEREFORE, the Plaintiffs respectfully pray this Honorable Court to continue the Scheduling Conference presently scheduled for August 4, 2005 for after August 15, 2005; and for such other and further relief as may be just and proper.

2

                    Respectfully submitted,

                    Paulette Semprini and Wayne Semprini,

                    By Their Attorneys,

                    NIXON, RAICHE, MANNING,
                    VOGELMAN & LEACH,
                    PROFESSIONAL ASSOCIATION

July 8, 2005          By:     /S/   Christine M. Smith, Esquire
                                        77 Central Street
                                        Manchester, NH 03101
                                        (603) 669-7070

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2005, a copy of the foregoing Assented to Motion to Continue was forwarded, via first class mail, postage prepaid, to

John Wyman, Esq.
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320

                                          /S/       Christine M. Smith, Esquire