UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Paulette Semprini and Wayne Semprini
  Plaintiffs

v.

Town of Nantucket, Massachusetts

  Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Case No.: 1:05-cv-10581

**NOTICE OF WITHDRAWAL**

NOW COMES Christine M. Smith, Esquire of Nixon, Raiche, Manning, Vogelman & Leach, P.A., and respectfully notifies the Court of my withdrawal as counsel for the Plaintiffs in the above-referenced matter. An appearance by Kevin M. Leach Esquire of Nixon, Raiche, Manning, Vogelman & Leach, P.A. as counsel for the Plaintiffs is simultaneously being filed this day.

Respectfully submitted,

Paulette Semprini and Wayne Semprini,

By Their Attorneys,

NIXON, RAICHE, MANNING,
VOGELMAN & LEACH, P.A.

August 1, 2005          By:      /S/    Christine M. Smith, Esquire
                                 77 Central Street
                                 Manchester, NH 03101
                                 (603) 669-7070

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a copy of the foregoing Withdrawal was forwarded, via first class mail, postage prepaid, to John Wyman, Esq., Murtha Cullina LLP, 99 High Street Boston, MA 02110-2320.

           /S/          Christine M. Smith, Esquire