08/19/2005 FRI 13:40 FAX 603 669 7080    NIXON RAICHE                                    ☒003

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| PAULETTE SEMRINI AND WAYNE SEMPRINI<br><br>         Plaintiffs<br><br>v.<br><br>TOWN OF NANTUCKET AND NANTUCKET MEMORIAL AIRPORT<br><br>         Defendants | CIVIL ACTION<br>NO. 1:05-CV-10581-DPW |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATION OF COUNSEL AND PLAINTIFFS PURSUANT TO LOCAL RULE 16.1(D)(3)

    I hereby certify that the undersigned counsel and Plaintiffs, Paulette Semprini and Wayne Semprini, have conferred concerning the course of conducting the full course and various alternative courses of this litigation and to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

*[signature]*

Kevin M. Leach, Esq.
Nixon, Raiche, Manning, Vogelman & Leach, P.A.
77 Central Street
Manchester, NH 03101
(603) 669-7070

*[signature]*          *[signature]*
Paulette Semprini        Wayne Semprini
P.O. Box 336             (address same)
New Castle, NH 03854
(603) 641-6445

08/19/2005 FRI 14:03  [JOB NO. 6898]  ☒003