UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PAULETTE SEMPRINI and WAYNE ]
SEMPRINI, ]
          Plaintiffs ]
  ]
v. ]   CIVIL ACTION
  ]   NO. 1:05-CV-10581-DPW
TOWN OF NANTUCKET and ]
NANTUCKET MEMORIAL AIRPORT, ]
          Defendants ]

**CERTIFICATION OF COUNSEL AND AUTHORIZED
REPRESENTATIVE OF THE DEFENDANT PURSUANT
TO LOCAL RULE 16.1(D)(3)**

We hereby certify that the undersigned counsel and authorized representatives of the defendant Town of Nantucket, Massachusetts, have conferred concerning budgets for the costs of conducting the full course and various alternative courses of this litigation and to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

                                                        John C. Wyman (BBO #535620)
                                                        Murtha Cullina LLP
                                                        99 High Street, 20th Floor
                                                        Boston, MA 02110
                                                        (617) 457-4000
                                                        jcwyman@murthalaw.com
                                                        Attorney for the Defendant Town of
                                                        Nantucket, Massachusetts

311754-2

*[signature]*
E. Foley Vaughan, Chairman
Airport Commissioner
Nantucket Memorial Airport
14 Airport Road
Nantucket Island, MA 02554
(508) 325-5300

Dated: August 18, 2005

311754-2