UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Paulette Semprini and Wayne Semprini | \* |
| Plaintiffs | \* |
| | \* |
| | \* |
| v. | \* |
| | \* |
| | \* Case No.:  <u>1:05-cv-10581-DPW</u> |
| Town of Nantucket; | \* |
| Nantucket Memorial Airport | \* |
| | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>MOTION TO EXTEND TIME FOR PLAINTIFFS' EXPERT DISCLOSURE FROM DECEMBER 30, 2005 TO JANUARY 30, 2006 AND FOR DEFENDANTS' EXPERT DISCLOSURE FROM MARCH 1, 2006 TO APRIL 3, 2006</u>

NOW COME the Plaintiffs, Paulette Semprini and Wayne Semprini, by and through their attorneys, Nixon, Raiche, Manning, Vogelman & Leach, P.A., and respectfully request that the Court extend the time for Plaintiffs' Expert Disclosure from December 30, 2005 to January 30, 2006, and allow a similar one-month extension of time for Defendants' Expert Disclosure from March 1, 2006 to April 3, 2006, and in support thereof state as follows:

1.    Plaintiffs' expert disclosure is due on December 30, 2005.

2.    Plaintiff, Paulette Semprini, has not finished with her evaluations from her treating doctor, Thomas Deters.  This evaluation is essential before Plaintiffs can make their expert disclosures.  Dr. Deters is unable to complete his evaluation given his present patient scheduling demands and the absences due to upcoming holidays.

3.    Due to unavoidable scheduling conflicts, difficulty in finding and notifying witnesses, Plaintiffs have not yet taken the depositions of necessary fact witnesses on Nantucket.  The depositions are currently being scheduled.  Despite good faith efforts of the parties, discovery has been unavoidably delayed, and further time is needed to complete discovery prior to disclosure of experts.

4.    The extension of time to disclose experts is not expected to interfere with the current trial date.

5.    Attorney Wyman, counsel for Defendants has assented to the relief sought in this motion.

6.    Inasmuch as the relief sought herein is within the sound discretion of the Court, no memorandum of law is needed or required.

WHEREFORE, the Plaintiffs respectfully pray this Honorable Court:

A)    Grant Plaintiffs' Motion to Extend Time for Plaintiffs' Expert Disclosure from December 30, 2005 to January 30, 2006, and for Defendants' Expert Disclosure from March 1, 2006 to April 3, 2006; and

Respectfully submitted,

Paulette Semprini and Wayne Semprini,

By Their Attorneys,

NIXON, RAICHE, MANNING,
VOGELMAN & LEACH,
PROFESSIONAL ASSOCIATION

December 12, 2005                By:    _____/S/____ Kevin M. Leach, Esquire
                                       Mass. Bar #646729
                                       77 Central Street
                                       Manchester, NH 03101
                                       (603) 669-7070

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2005, a copy of the foregoing Assented to Motion to Continue was forwarded, via first class mail, postage prepaid, to John Wyman, Esq., counsel for Defendants.

_____/S/_____ Kevin M. Leach, Esquire