UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULETTE SEMPRINI, ET AL,<br>            Plaintiffs<br><br>v.<br><br>TOWN OF NANTUCKET,<br>MASSACHUSETTS,<br>            Defendant | ]<br>]<br>]<br>]     CIVIL ACTION<br>]     NO.  05-10581-DPW<br>]<br>]<br>]<br>] |

STIPULATION OF DISMISSAL

The parties stipulate and agree that this action be dismissed with prejudice, without costs and attorneys' fees and with all rights to appeal waived.


| /s/  *Kevin M. Leach* | /s/  *John C. Wyman* |
|---|---|
| Kevin M. Leach | John C. Wyman (BBO #535620) |
| Reis & Leach | Murtha Cullina LLP |
| 66 Hanover Street, Suite 203 | 99 High Street, 20th Floor |
| Manchester, NH 03101 | Boston, MA 02110-2320 |
| (603) 610-8040 | (617) 457-4000 |
| | |
| (Attorneys for Plaintiffs) | (Attorney for Defendant) |
| | |
| Dated:   September 7, 2006 | Dated:   September 7, 2006 |

338865_1.DOC